UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ROBERTO R. VARGAS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:15-CV-42 |
| | § | |
| CITY OF MCALLEN, *et al*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

For the reasons stated in this Court's order of June 1, 2015,[1] Plaintiff's claims against Defendants having been **DISMISSED WITH PREJUDICE**, the Court hereby enters this final judgment.

IT IS SO ORDERED.

DONE this 1st day of June, 2015, in McAllen, Texas.

_____
Micaela Alvarez
UNITED STATES DISTRICT JUDGE

---

[1] Dkt. No. 15.